# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARK ALLISON,

      Plaintiff,

vs.

MAJESTIC CAPITAL GROUP, LLC,

      Defendant.

2:15-cv-02336-JCM-VCF

**ORDER**

    Before the court is Defendant's Emergency Motion and Notice of Emergency Motion to Enlarge the Time to File and Answer or to Otherwise Plead (#7).

    IT IS HEREBY ORDERED that any opposition to Defendant's Emergency Motion and Notice of Emergency Motion to Enlarge the Time to File and Answer or to Otherwise Plead (#7) must be filed on or before January 21, 2016. No reply necessary.

    DATED this 13th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE