# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARK ALLISON,

        Plaintiff,

vs.

MAJESTIC CAPITAL GROUP, LLC,

        Defendant.

2:15-cv-02336-JCM-VCF

**ORDER**

        Before the court is Defendant's Motion to Enlarge the Time to File An Answer or Otherwise Plead (#7).

        The time to oppose has passed. To date, no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." Here, it would seem that the other party has consented to the granting of the motion.

        Accordingly, and for good cause shown,

        IT IS HEREBY ORDERED that Defendant's Motion to Enlarge the Time to File An Answer or Otherwise Plead (#7) is GRANTED. Defendant's answer or response to Plaintiff's complaint must be filed on or before February 13, 2016.

        IT IS SO ORDERED.

        DATED this 26th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE